| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Hoffman, Carl W. | 2. Court or Organization District of Nevada | 3. Date of Report 04/22/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge, Full Time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address LLoyd George Federal Courthouse 333 Las Vegas Boulevard Rm 3014 Las Vegas, Nevada 89101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2014 | Nevada Public Employee Retirement System, currently receiving pension |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 04/22/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Clark County School District - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Nevada Bar Association (Annual Meeting) | 7/9-7/10, 2014 | Newport Beach, CA | Civility CLE (teach) | Transportation, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 04/22/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | America's Servicing Company | Mortgage, Property #1, Las Vegas, Nevada (VIIA, line 3) | M |
| 2. | Ocwen Loan Servicing | Mortgage, Property #2, Las Vegas, Nevada (rental)(VIIA, line 4) | M |
| 3. | First Community Bank | Mortgage, Property #3, Brunswick County, NC (VIIA, line 5) | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Bank of America Account | A | Interest | K | T | | | | | |
| 2. | Silver State School Credit Union Account | A | Interest | J | T | | | | | |
| 3. | Property #1, Las Vegas, Nevada | A | Rent | M | W | | | | | |
| 4. | Property #2, Las Vegas, Nevada | A | Rent | M | W | | | | | |
| 5. | Property #3, Brunswick County, NC | | None | L | W | | | | | |
| 6. | Property #4, Lafollette, TN | | None | K | W | | | | | |
| 7. | Pimco All Assets All Authority | A | Int./Div. | J | T | | | | | |
| 8. | Pimco Low Duration | A | Int./Div. | J | T | | | | | |
| 9. | Invesco Gold and Precious Metals (Mutual Funds)(Spouse 403b) | A | Int./Div. | J | T | | | | | |
| 10. | (H) VOYA (former ING) (Mut Fund), ███ 457 Plan)(3 funds) see VIII | | | | | | | | | |
| 11. | -Templeton Global Bond Fund | B | Int./Div. | K | T | | | | | |
| 12. | - PIMCO VIT Real Return Portfolio | B | Int./Div. | J | T | | | | | |
| 13. | - ING Global Resources Portfolio | B | Int./Div. | K | T | | | | | |
| 14. | (H) TIAA CREF (Mutual Fund)(457 Plan)(5 funds below) | | | | | | | | | |
| 15. | - CREF Stock | A | Int./Div. | J | T | | | | | |
| 16. | - CREF Growth | A | Int./Div. | J | T | | | | | |
| 17. | - CREF Bond Market | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - CREF Global Equities | A | Int./Div. | J | T | | | | | |
| 19. - CREF Equity Index | A | Int./Div. | J | T | | | | | |
| 20. Fidelity Investments Freedom 2020 (Mutual Fund)(457 Plan) | C | Int./Div. | L | T | | | | | |
| 21. (H) Zurich Preferred Plus (Mutual Fund) (403b Plan)(9 funds below | | | | | | | | | |
| 22. -Templeton Developing Markets | A | Int./Div. | K | T | | | | | |
| 23. - Alger Large Cap Growth Portfolio | A | Int./Div. | J | T | | | | | |
| 24. - Fidelity VIP Growth | B | Int./Div. | K | T | | | | | |
| 25. - DWS International | B | Int./Div. | K | T | | | | | |
| 26. - Invesco V.I. Utilities | A | Int./Div. | K | T | | | | | |
| 27. - Alger MidCap Portfolios | B | Int./Div. | K | T | | | | | |
| 28. - DWS Cap Growth VA | D | Int./Div. | L | T | | | | | |
| 29. - Invesco VI Global Real Estate | A | Int./Div. | L | T | | | | | |
| 30. - Franklin Strageting Inc | A | Int./Div. | K | T | | | | | |
| 31. USAA Short Term Bonds (Mutual Funds) | A | Int./Div. | K | T | | | | | |
| 32. USAA Tax Exempt Int-Term Fund (Mutual Fund) | A | Int./Div. | K | T | | | | | |
| 33. First Eagle Gold Fund Class C (Mutual Funds) | A | Int./Div. | J | T | | | | | |
| 34. T Rowe Price Blue Chip Growth (Mutual Fund) | D | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T Rowe Price International Discovery (Mutual Funds) | B | Int./Div. | K | T | | | | | |
| 36. T Rowe Price New Era (Mutual Funds) | C | Int./Div. | K | T | | | | | |
| 37. T Rowe Price Capital Appreciation (Mutual Fund) | C | Int./Div. | L | T | Buy (add'l) | 01/13/14 | J | | |
| 38. T Rowe Price Retirement 2030 (Mutual Fund) | C | Int./Div. | L | T | | | | | |
| 39. T Rowe Price Retirement 2020 (Mutual Fund)(X) | A | Int./Div. | J | T | Buy | 02/24/14 | J | | |
| 40. (H) VALIC Funds (6 Mutual Funds below) | | | | | | | | | |
| 41. - Short Term Fixed Fund | A | Int./Div. | J | T | | | | | |
| 42. - Capital Appreciation Fund | A | Int./Div. | J | T | | | | | |
| 43. - Large Cap Value Fund | A | Int./Div. | J | T | | | | | |
| 44. - Mid Cap Index Fund | A | Int./Div. | J | T | | | | | |
| 45. - Science and Technology Fund | A | Int./Div. | J | T | | | | | |
| 46. - Asset Allocation Fund | A | Int./Div. | J | T | | | | | |
| 47. Great American Financial Resources "Future Max" IRA | A | Int./Div. | | | Sold | 12/29/14 | K | A | |
| 48. Lucia Capital Group IRA (X) | A | Int./Div. | K | T | Buy | 12/29/14 | K | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 04/22/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 11, name change only from ING to VOYA.
Part VII, Line 47, IRA rollover from Great American to Lucia

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carl W. Hoffman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544